United States Court of Appeals
Fifth Circuit

**F I L E D**

May 1, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-20168
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LARRY MICHAEL NIXON, also known as Mike Nixon,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:04-CR-563-ALL
--------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:*

Larry Michael Nixon appeals the district court's order of restitution following his guilty plea conviction for two counts of bank fraud. This court reviews the propriety of a particular restitution award for an abuse of discretion. United States v. Hughey, 147 F.3d 423, 436 (5th Cir. 1998). A review of the record shows that the district court's $9,000,000 restitution order was not an abuse of discretion. Accordingly, the judgment of the district court is AFFIRMED.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.